# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cr-00051-3 |
| | ) | |
| JOHNNIE MARTIN | ) | |

## NOTICE OF APPEARANCE

The undersigned, Tyler M. Caviness, hereby gives notice to this Honorable Court that he enters notice of appearance for the defendant, Johnnie Martin, for the purposes of filing a motion for reduction of Mr. Martin's sentence pursuant to the First Step Act, 18 U.S.C. § 3582(c). The motion is forthcoming after counsel conducts necessary investigation and research.

Respectfully submitted,

   s/Tyler M. Caviness
Tyler M. Caviness, BPR # 036273
THE LAW OFFICE OF TYLER M. CAVINESS
932 W Forest Blvd
Knoxville, TN 37909
(865) 936-9499; Fax: (865) 936-9015
tyler@tylermcavinesslaw.com
*Attorney for Johnnie Martin*

## CERTIFICATE OF SERVICE

I, Tyler M. Caviness, hereby certify that a copy of this notice was filed electronically on March 4, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/ Tyler M. Caviness
TYLER M. CAVINESS