# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cr-00051-3 |
| | ) | |
| JOHNNIE MARTIN | ) | |

## SUPPLEMENTAL EXHIBITS TO MOTION FOR COMPASSIONATE RELEASE OR, IN THE ALTERNATIVE, FOR SENTENCE REDUCTION PURSUANT TO THE FIRST STEP ACT OF 2018

The defendant, Johnnie Martin, by and through undersigned counsel, respectfully submits the attached exhibits to supplement his previously filed motion for compassionate release [Doc. 958]. The supplemental exhibits are: an updated Bureau of Prisons Progress Report for Mr. Martin; a letter in support of Mr. Martin from Jamille Starks, and a letter in support of Mr. Martin from Maria Martins.

Respectfully submitted,

   s/Tyler M. Caviness
Tyler M. Caviness, BPR # 036273
THE LAW OFFICE OF TYLER M. CAVINESS
932 W Forest Blvd, Knoxville, TN 37909
(865) 936-9499; Fax: (865) 936-9015
tyler@tylermcavinesslaw.com
*Attorney for Johnnie Martin*