

# Summary Reentry Plan - Progress Report
**Dept. of Justice / Federal Bureau of Prisons**
Other - Court Request Report for inmate: MARTIN, JOHNNIE  25238-038

SEQUENCE: 00428359
Report Date: 01-31-2024



| | | | |
|---|---|---|---|
| Facility: | POL  POLLOCK USP | Custody Level: | IN |
| Name: | MARTIN, JOHNNIE | Security Level: | HIGH |
| Register No.: | **25238-038** | Proj. Rel Date: | 06-18-2058 |
| Quarters: | B03-315U | Release Method: | GOOD |
| Age: | 47 | DNA Status: | BRO02297 / 05-30-2011 |
| Date of Birth: | 11-01-1976 | | |

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:846,841(A)(1)&21:841(B)(1)(A) CONSP TO DISTR & PWITD COC HYDRCHLRD,COC BASE,MJ, & ECSTASY(CT1);21:841(A)(1)&(B)(1)(D) PWITD MJ(CT3);18:922(G)(1)&(A)(2) FELN IN POSS F/A(CT5);21:861 EMPLYMNT OF MINR TO VIOLDRG LW(CT6);18:1956(H)(A)(1)(A)(I)(A) (1)(B)(I) CONSP TO COMMIT MONEY | 360 MONTHS |
| 18:924(C)(1)(A)(I)& 2 AIDED AND ABETTED BY ANOTHER THE POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME(CT2) | 60 MONTHS |
| 18:924(C)(1)(C)(I) & 2 AIDED AND ABETTED BY ANOTHER POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME(CT4) | 300 MONTHS |

| | | |
|---|---|---|
| Date Sentence Computation Began: | 04-19-2011 | |
| Sentencing District: | TENNESSEE, EASTERN DISTRICT | |

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 864 | Years: 16  Months: 8  Days: | + 1447   JC - 0   InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans

Mr. Martin arrived at FCC Pollock (USP) on November 5, 2020.  At his initial classification, Mr. Martin was recommended to complete all six core topics of the Release Preparation Program (RPP) prior to release from custody. Mr. Martin has also been recommended to complete all ACE and First Step Act classes offered at FCC Pollock (USP). He is encouraged to apply for employment to assist with his release and other financial obligations.

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 04-09-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-30-2024 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 01-30-2024 |
| N-COGNTV Y | NEED - COGNITIONS YES | 01-30-2024 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 01-30-2024 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-30-2024 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-30-2024 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-30-2024 |
| N-MEDICL N | NEED - MEDICAL NO | 01-30-2024 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 01-30-2024 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 01-30-2024 |
| N-TRAUMA Y | NEED - TRAUMA YES | 01-30-2024 |
| N-WORK Y | NEED - WORK YES | 01-30-2024 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 01-30-2024 |

## FSA Comments

Mr. Martin has a Low Recidivism Risk Level, who is currently ineligible to apply Federal Time Credits. He has been reviewed with the following needs areas: Work, Trauma, Substance Abuse, Family/Parenting, Anger/Hostility, Antisocial Peers, and Education. He has been recommended to participate in Vocational Technical classes to address his work need.

## Current Work Assignments



# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Other - Court Request Report for inmate: MARTIN, JOHNNIE  25238-038

SEQUENCE: 00428359
Report Date: 01-31-2024

| Facl | Assignment | Description | Start |
|---|---|---|---|
| POL | YARD PM | YARD DETAIL PM | 02-28-2022 |

**Work Assignment Summary**

Mr. Martin is assigned to the Yard Orderly detail.  He receives Satisfactory Work Evaluations from his Detail Supervisor.

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| POL | ESL HAS | ENGLISH PROFICIENT | 06-07-2011 |
| POL | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-30-2011 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| POL | C | PERSONAL GWTH - 7HABITS RPP6 | 03-16-2021 | 08-17-2021 |
| LEE | C | SHU TURNING POINT | 10-05-2020 | 10-05-2020 |
| LEE | C | SHU TURNING POINT | 09-22-2020 | 09-22-2020 |
| LEE | C | SHU TURNING POINT | 09-09-2020 | 09-09-2020 |
| LEE | C | SHU TURNING POINT | 08-25-2020 | 08-25-2020 |
| LEE | C | SHU TURNING POINT | 08-11-2020 | 08-11-2020 |
| LEE | C | SHU TURNING POINT | 07-29-2020 | 07-29-2020 |
| LEE | C | SHU TURNING POINT | 07-14-2020 | 07-14-2020 |
| LEE | C | RPP6 VICTIM IMPACT PANEL | 11-28-2018 | 11-28-2018 |
| LEE | C | RPP6 VICTIM IMPACT PANEL | 08-22-2018 | 08-22-2018 |
| LEE | C | RPP6 VICTIM IMPACT PANEL | 08-22-2018 | 08-22-2018 |
| LEE | C | RPP6 PSYCH SELF STUDY | 03-09-2018 | 03-09-2018 |
| LEE | C | RPP6 PSYCH SELF STUDY | 02-13-2018 | 02-13-2018 |
| LEE | C | RPP1 AIDS AWARENESS | 09-06-2017 | 09-06-2017 |
| LEE | C | RPP5 RPP ORIENTATION | 09-06-2017 | 09-06-2017 |
| LEW | C | RPP2 MOCK JOB INTERVIEWS | 04-27-2017 | 04-27-2017 |
| LEW | C | RPP2 RESUME REFRESHER COURSE | 04-10-2017 | 04-24-2017 |
| LEW | C | 21ST CENTURY MONEY | 01-09-2017 | 03-17-2017 |
| LEW | C | ACE CURRENT EVENTS | 01-09-2017 | 03-17-2017 |
| CAA | C | NUTRITION | 04-10-2012 | 05-12-2012 |
| CAA | C | GENERAL WELLNESS | 04-10-2012 | 05-10-2012 |

**Education Information Summary**

Mr. Martin has completed his HS Degree/GED.

**Discipline Reports**

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

**Discipline Summary**

Mr. Martin has not received any incident reports during this term of incarceration.  His interaction with staff and other incarcerated individuals is appropriate and no management concerns are noted at this time.

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| POL | A-DES | TRANSFER RECEIVED | 11-05-2020 | CURRENT |
| LEE CODE | A-DES | TRANSFER RECEIVED | 08-15-2017 | 10-13-2020 |
| LEW SMU | A-DES | TRANSFER RECEIVED | 05-16-2016 | 08-07-2017 |
| FLP | A-DES | TRANSFER RECEIVED | 03-27-2014 | 05-13-2016 |
| ATW | A-DES | TRANSFER RECEIVED | 11-27-2012 | 03-12-2014 |
| CAA | A-DES | US DISTRICT COURT COMMITMENT | 06-01-2011 | 11-05-2012 |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|



# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Other - Court Request Report for inmate: MARTIN, JOHNNIE  25238-038

SEQUENCE: 00428359
Report Date: 01-31-2024

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-28-2014 |
| CARE1-MH | CARE1-MENTAL HEALTH | 06-15-2011 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-28-2014 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-05-2020 |

**Current PTP Assignments**

| Assignment | Description | Start |
|---|---|---|
| CHG COMP | CHALLENGE COMPLETED | 05-21-2020 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 08-17-2017 |
| ED COMP | DRUG EDUCATION COMPLETE | 05-09-2014 |

**Physical and Mental Health Summary**

Mr. Martin is on regular duty medical status with no medical restrictions. Psychology staff has not expressed mental health concerns at this time.  He appears to be in good physical condition and stable mental health.

**FRP Payment Plan**

Most Recent Payment Plan

**FRP Assignment:**   **NO OBLG**   **FINANC RESP-NO**   **Start: 04-19-2016**

Inmate Decision:  **AGREED**   **$50.00**   Frequency: **MONTHLY**

Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $800.00 | $65.00 | IMMEDIATE | EXPIRED |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**Financial Responsibility Summary**

Mr. Martin has No Obligation in the Inmate Financial Responsibility Program.

**Release Planning**

Mr. Martin has a Projected Release Date of June 18, 2058.  He was sentenced out of the Eastern District of Tennessee.  He plans to submit a Supervised Release Relocation Request 18 months prior to his Projected Release Date.  He intends to seek employment and will draft letters requesting pre-employment information from potential employers.  He will forward these letters and a current resume upon release from custody.

**General Comments**

Mr. Martin has established a good rapport with this Unit Team.  In addition, Mr. Martin has obtained his social security card and is recommended to secure his birth certificate in preparation for RRC placement, employment, and reintegration in the community.



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Other - Court Request Report for inmate: MARTIN, JOHNNIE 25238-038

SEQUENCE: 00428359
Report Date: 01-31-2024

Name: MARTIN, JOHNNIE
Register Num: 25238-038
Age: 47
Date of Birth: 11-01-1976
DNA Status: BRO02297 / 05-30-2011

_____
Inmate (MARTIN, JOHNNIE, Register Num: 25238-038)

1-31-2024
Date

_____
Chairperson

1-31-2024
Date

_____
Case Manager

1-31-2024
Date