dotloop signature verification: dtlp.us/lXx7-k2ZR-mS3f

From,
Maria Jeanie Martins
362 Centre St,
Brockton, MA 02302
+1 (508) 726-5127

To,
The Judge,

**Subject: Letter of Support for the Release of Johnnie Martin**

Honorable Judge ,

I am writing this letter in full support of Johnnie Martin and his release from incarceration. As his sister-in-law, I can confidently speak to his character, values, and the significant impact he has had on his family and community.
Johnnie has always been a dedicated and hardworking individual who has prioritized his family and those around him. His integrity, kindness, and commitment to bettering himself have been evident throughout his life. Even in challenging circumstances, he has maintained strong relationships with his loved ones and remained a positive influence on those who know him.
Beyond his personal attributes, Johnnie is deeply loved and respected by his family. I, along with our entire family, stand by him and are prepared to provide the support he needs to reintegrate successfully into society. We are committed to ensuring he has a stable environment and the resources necessary to rebuild his life.
I have been in business for 27 years as a real estate broker and have dedicated much of my time to philanthropy, giving back to the community in various ways. Additionally, I am a successful real estate investor and own several properties in the Brockton, MA area where we anticipate and have prepared for Johnnie to return. I have set aside one property specifically where we intend for Johnnie to reside with his 76-year-old mother and his two young grandchildren by his eldest son, Johnnie Martin III, who is currently incarcerated and expected to be away for some time. Johnnie will be their primary caretaker, and as a family, we are strongly united to see this through.
Reuniting Johnnie with his family will not only provide him with the stability he needs but will also allow him to continue contributing positively to those around him. With our unwavering support, he has a strong foundation to help him transition back into everyday life successfully. The community will greatly benefit from his presence, wisdom, and dedication to making a positive difference.

dotloop signature verification: dtlp.us/lXx7-k2ZR-mS3f

I sincerely ask that you consider Johnnie's positive attributes, his strong family ties, and his readiness to reintegrate into society. His release will not only restore a valuable family member but also allow him to continue making an impact on those who depend on him.

Thank you for your time and consideration. Please feel free to reach out if any further information is needed.

Sincerely,
Maria Jeanie Martins
02-24-2025

*Maria Jeanie Martins*

dotloop verified
02/24/25 10:41 PM PKT
TXUZ-GMG0-5GUC-YTAI

**Maria Jeanie Martins**