# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cr-00051-3 |
| | ) | |
| JOHNNIE MARTIN | ) | |

## STATUS REPORT REGARDING MOTION FOR COMPASSIONATE RELEASE OR, IN THE ALTERNATIVE, FOR SENTENCE REDUCTION PURSUANT TO THE FIRST STEP ACT OF 2018

The defendant, Johnnie Martin, by and through undersigned counsel, respectfully submits the following information for the Court's consideration and requests 30 days to provide supplemental medical records in support of Mr. Martin's petition.

In Mr. Martin's Supplement to Motion for Compassionate Release [Doc. 972], Mr. Martin presented information regarding his mother's declining health as a basis for the grant of compassionate release. Since the filing of that Supplement, counsel has been steadily attempting to obtain additional medical records documenting Ms. Martin's situation.

Ms. Martin is a patient at Texan Eye Care. There was some initial delay in obtaining a medical release from Ms. Martin, as she is elderly and did not have access to a scanner or email. With family assistance, counsel obtained a release form from Ms. Martin in the beginning of July, 2025. Multiple attempts to contact the records department of Texan Eye Care followed. After making calls, waiting, and then calling again, counsel faxed a records request, only to be told upon calling again in August, 2025 that a letter from counsel needed to accompany the request before it could be processed. Counsel sent that letter on August 8, 2025 and made multiple follow-up phone calls regarding the status of the records production.

Ms. Martin's records were provided to counsel on September 10, 2025. Attached to this status update are 23 pages of medical records regarding Ms. Martin's condition from 2024 to present, *Attachment One*, and a letter from Ms. Martin related to the case, *Attachment Two*.

The records document Ms. Martin's (age 76) declining vision due to glaucoma. *See Attachment One*, (Page 2 of the January 18, 2024 visit notes diagnoses moderate stage glaucoma, while page 2 of the June 5, 2025 visit notes diagnose severe stage glaucoma). However, to provide the Court with as much information as possible, counsel is also in the process of attempting to obtain a letter or email from Ms. Martin's doctor regarding the practical impact of her degenerating vision on her day-to-day functioning. Counsel has made two phone calls to Texan Eye Care with this request since receiving the records and has been told both times that the message would be sent to the doctor.

Counsel submits this filing to provide the Court with an update on the efforts made on Mr. Martin's behalf and to request that the Court delay any decision in this matter 30 days from the date of this filing to allow counsel the opportunity to get the requested information from Ms. Martin's doctor.

Respectfully submitted,

  s/Tyler M. Caviness
Tyler M. Caviness, BPR # 036273
THE LAW OFFICE OF TYLER M. CAVINESS
932 W Forest Blvd, Knoxville, TN 37909
(865) 936-9499; Fax: (865) 936-9015
tyler@tylermcavinesslaw.com
*Attorney for Johnnie Martin*