
## Medications

### OPHTHALMIC MEDICATIONS
Combigan 0.2-0.5% drops bid OU
Lumigan 0.01% 1 drops qhs OU
pilocarpine HCl 2% drops BID OU

### NON OPHTHALMIC MEDICATIONS
aspirin 81 mg Oral - tablet,delayed release (DR/EC)
fexofenadine 180 mg Oral - tablet
losartan-hydrochlorothiazide 50-12.5 mg Oral - tablet
metformin 500 mg Oral - tablet

## Ocular History
Bilateral pseudophakia
Glaucoma of right eye
Glaucoma of left eye

## Ocular Surgery
H/O: L cataract extraction: Intent
H/O: R cataract extraction: Istent
History of trabeculectomy: OD
Selective laser trabeculoplasty

## Social History

Other
Other: Reading
Single Question Alcohol Screening: 0 days
Occupation: Retired
Smoking status - Never smoker

## Allergies
amoxicillin
lisinopril
Zetia
Zocor

## Family History
Family history: Glaucoma (situation) - Mother

Family history: Cataract (situation) - Brother

## Medical History
Diabetes mellitus: Type 2 x 10 + yrs
H/O: hypertension

## Chief Complaints:
1.   IOP CK
2.   No testing/ No dilation.

## HPI: This is a 75 year old female who:
1.   is being seen for a chief complaint of IOP CK . C/o decreased D/N VA OU W/GLS for " a while". Her vision is "not sharp". Patient denies pain/discomfort in OU.

Patient request gls rx.
2.   is being seen for a chief complaint of No testing/ No dilation. . .

## Eye Exam
### Vision

| Distance Test Type: Snellen Chart | Near Test Type: Snellen | Distance Correction Type: Glasses | Near Correction Type: Glasses |
|---|---|---|---|

Dcc

| | OD | 20/30 -2 | | Ncc | OD | J1+ |
|---|---|---|---|---|---|---|
| | OS | 20/20 -1 | | | OS | J1+ |

### IOP

| | | | | |
|---|---|---|---|---|
| OD | 17 | Oriaifo, Amenze MD | 01/18/2024 10:02 AM CST | Applanation |
| OS | 17 | Oriaifo, Amenze MD | 01/18/2024 10:02 AM CST | Applanation |

### Diagnostic Drops

| | Drops Used | Staff | Date | Notes |
|---|---|---|---|---|
| OD | Fluress | Walker, Vera Mae | 09:45 AM CST | |
| OS | Fluress | Walker, Vera Mae | 09:45 AM CST | |

## Exam:
An examination was performed

OD External: normal lid position, nasolacrimal and orbital exam

OD Lid Margin: quiet and normal

Slit lamp examination OD:
OD Conjunctiva: **flat bleb**

OD Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OD Anterior Chamber: **Istent nasally**

OD Iris: normal iris without rubeosis

OD Lens: **well centered PCIOL**

Ophthalmoscopic examination of optic disc OD:
OD Optic Disc: flat and normal disc

OS External: normal lid position, nasolacrimal and orbital exam

OS Lid Margin: quiet and normal

Slit lamp examination OS:
OS Conjunctiva: white and quiet

OS Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OS Anterior Chamber: **Istent nasally**

OS Iris: No view

OS Lens: **well centered PCIOL**

Ophthalmoscopic examination of optic disc OS:
OS Optic Disc: flat and normal disc

General Appearance of the patient is well nourished.

Orientation: alert and oriented x 3.

Mood and affect: no acute distress.

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**

(512) 314-1662 Fax

Texan Eye Balcones

Austin, TX 78731-4203

Page 1

Case 3:07-cv-00091-AV-HBG     Document 979-1     Filed 10/17/25     Page 1 of 23
PageID #: 9133


## Impression/Plan:

1. **Primary Open Angle Glaucoma (POAG) OU**
   moderate stage OS and moderate stage OD (H40.1132)

   **Plan: Counseling - POAG.**
   Right Eye:

   IOP Assessment:

   Left Eye:

   IOP Assessment:
   Please refer to the education handout for detailed counseling.
   Quality 141 (Primary Open-Angle Glaucoma Reduction of Intraocular Pressure (IOP) by 15% OR Documentation of a Plan of Care): Intraocular
   pressure (IOP) reduced by a value less than 15% from the pre-intervention level, Glaucoma plan of Care Documented

   **Plan: Treatment Regimen Glaucoma.**
   Other Instructions: .
   - POAG
   - Tmax 24/25
   - pachy 570/470; thick OU
   - s/p SLT OS 2016, 2017
   - s/p CE/istent OU 2018; BM
   - s/p trab OD 2013 (encapsulated)
   - + DM, +HTN
   - drop intol: dorz- irritation/sore throat; rhopressa- NI
   - on Combigan BID OU, Lumigan qhs OU, Pilo BID OU
   - MIPS 01/2024


   TESTING
   - no testing


   TODAY
   - IOP 21/22 > 15/14> 16/23 > 17/17
   - CCM for now
   - prn BV tube OD and repeat SLT vs Durysta OS


   - RTC VF, OCT ON, pachy, IOP in 4-6mo.


2. **Pseudophakia OU**
   (Z96.1)

   **Plan: Treatment Regimen.**
   Other Instructions: .
   - Pseudophakia
   - Doing well; monitor
   - Use ATs chilled to improve clarity of your postop vision and wear sunglasses as needed.

3. **Dry Eye Syndrome OU**
   (H04.123)

   **Plan: Counseling - Dry Eye.**
   Please refer to the education handout for detailed counseling.

   After counseling the patient, we decided on the following plan RUL: Artificial tears

   After counseling the patient, we decided on the following plan LUL: Artificial tears

   **Plan: Treatment Regimen.**
   Other Instructions: .
   - Artificial Tears (chilled) 2-4x/day OU
   - AT ung qhs OU
   - Warm Compresses; +/- lid scrubs for blepharitis OU.

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
(512) 351-0300 Company
(512) 314-1662 Fax

Texan Eye Balcones
3705 Medical Pkwy
Austin TX 78731-4203

Page 2


4.  **Presbyopia OU**
    (H52.4)

    **Plan: Refraction.**
    Manifest Refraction was performed OU.
    Indication: Presbyopia OU

**Follow up. Other Instructions: - RTC VF, OCT ON, pachy, IOP in 4-6mo; print MRx from 12/8/23 not yet charged**

**Staff:**

Amenze Angel Oriaifo, MD (Primary Provider)  (Bill Under)

Vera Mae Walker

Electronically Signed By: Amenze Angel Oriaifo, MD, 01/18/2024 10:03 AM CST


## Medications

**OPHTHALMIC MEDICATIONS**
Combigan 0.2-0.5% drops bid  OU
Lumigan 0.01% 1 drops qhs OU
pilocarpine HCl 2% drops BID OU

**NON OPHTHALMIC MEDICATIONS**
aspirin 81 mg Oral - tablet,delayed release (DR/EC)
fexofenadine 180 mg Oral - tablet
losartan-hydrochlorothiazide 50-12.5 mg Oral - tablet
metformin 500 mg Oral - tablet

## Ocular History
Bilateral pseudophakia
Glaucoma of right eye
Glaucoma of left eye

## Ocular Surgery
H/O: L cataract extraction: Intent
H/O: R cataract extraction: Istent
History of trabeculectomy: OD
Selective laser trabeculoplasty

## Social History

Other
Other: Reading
Single Question Alcohol Screening: 0 days
Occupation: Retired
Smoking status - Never smoker

## Allergies
amoxicillin
lisinopril
Zetia
Zocor

## Family History
Family history: Glaucoma (situation) - Mother

Family history: Cataract (situation) - Brother

## Medical History
Diabetes mellitus: Type 2 x 10 + yrs
H/O: hypertension

## Chief Complaints:
1. Visual field
2. Additional testing

## HPI: This is a 75 year old female who:
1. is being seen for a chief complaint of Visual field. Pt c/o blurry VA OU. No pain or discomfort
2. is being seen for a chief complaint of Additional testing . HVF, IOP, pachy, OCT ON

## Eye Exam
### Vision

Distance Test Type: Snellen Chart    Near Test Type: Snellen    Distance Correction Type: Glasses    Near Correction Type: Glasses

| | | |
| Dcc | OD | **20/25** |
| | OS | **20/20** |

### IOP

| | | | | |
| OD | 21 | Musa, Onize | 05/14/2024 10:39 AM CDT | Applanation By MD |
| OS | 19 | Musa, Onize | 05/14/2024 10:39 AM CDT | Applanation By MD |

### Diagnostic Drops

| | Drops Used | Staff | Date | Notes |
|---|---|---|---|---|
| OD | Fluress | Musa, Onize | 10:39 AM CDT | |
| OS | Fluress | Musa, Onize | 10:39 AM CDT | |

### Pachymetry

| | Central Cornea | Superior Cornea | Nasal Cornea | Inferior Cornea | Temporal Cornea |
|---|---|---|---|---|---|
| OD | 548.0 | | | | |
| OS | 549.0 | | | | |

## Exam:
An examination was performed

OD External: normal lid position, nasolacrimal and orbital exam
OD Lid Margin: quiet and normal

Slit lamp examination OD:
OD Conjunctiva: **flat bleb**

OD Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OD Anterior Chamber: **Istent nasally**

OD Iris: normal iris without rubeosis

OD Lens: **well centered PCIOL**

Ophthalmoscopic examination of optic disc OD:
OD Optic Disc: **No dilated exam performed; disregard fundus exam findings maintained from prior exam**

OS External: normal lid position, nasolacrimal and orbital exam
OS Lid Margin: quiet and normal

Slit lamp examination OS:
OS Conjunctiva: white and quiet

OS Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OS Anterior Chamber: **Istent nasally**

OS Iris: No view

OS Lens: **well centered PCIOL**

Ophthalmoscopic examination of optic disc OS:
OS Optic Disc: **No dilated exam performed; disregard fundus exam findings maintained from prior exam**

General Appearance of the patient is well nourished.

Orientation: alert and oriented x 3.

Mood and affect: no acute distress.

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**

(512) 591-5000 Phone
(512) 314-1662 Fax

Texan Eye Balcones

901 S. Capital of TX Hwy Bld 5
Austin TX 78731-4203

Page 1

Case 3:07-cv-00671-AV-HBG    Document 979-1    Filed 10/17/25    Page 4 of 23
PageID #: 9136


## Tests

### Automated Perimetry

A same-day order was placed for this diagnostic test.

Diagnostic Procedure: Automated Perimetry

Location: OU
Indication: Primary Open Angle Glaucoma (POAG) OU

Findings OD:   See treatment regimen
Diagnosis OD: glaucoma, open angle  See treatment regimen
Findings OS:   See treatment regimen
Diagnosis OS: glaucoma, open angle  See treatment regimen
Reliability - OD: good
Reliability - OS: good

### OCT, Optic Nerve

A same-day order was placed for this diagnostic test.

Diagnostic Procedure: Optic Nerve Tomography - OU
Indication: Primary Open Angle Glaucoma (POAG) OU

Other Findings OD: See treatment regimen
Diagnosis OD: glaucoma, open angle
Other OCT Diagnosis OD: see treatment regimen
Other Findings OS: See treatment regimen
Diagnosis OS: glaucoma, open angle
Other OCT Diagnosis OS: see treatment regimen
Reliability: good

### Corneal Pachymetry

A same-day order was placed for this diagnostic test.

Diagnostic Procedure: Corneal Pachymetry - OU
Method Used: ultrasound
Indication: Primary Open Angle Glaucoma (POAG) OU

Central Corneal Thickness OD: thick
Central Corneal Thickness OD: 548 microns

Central Corneal Thickness OS: thick
Central Corneal Thickness OS: 549 microns
Reliability: good

## Impression/Plan:

1. **Primary Open Angle Glaucoma (POAG) OU**
   moderate stage OS and moderate stage OD (H40.1132)

   **Plan: Counseling - POAG.**
   Please refer to the education handout for detailed counseling.
   Quality 141 (Primary Open-Angle Glaucoma Reduction of Intraocular Pressure (IOP) by 20% OR Documentation of a Plan of Care): Intraocular pressure (IOP) reduced by a value of greater than or equal to 20% from the pre- intervention level

   **Plan: Treatment Regimen Glaucoma.**

Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)

Texan Eye Balcones

Page 2

(512) 451-0051 Company
(512) 314-1662 Fax

9715 Burnet Rd Ste 200
Austin, TX 78731-4203


Other Instructions: .
- POAG
- Tmax 24/25
- pachy 5/2024: 548/549
- s/p SLT OS 2016, 2017
- s/p CE/istent OU 2018; BM
- s/p trab OD 2013 (encapsulated)
- + DM, +HTN
- on Combigan BID OU, Lumigan qhs OU, Pilo BID OU
- drop intol: dorz- irritation/sore throat; rhopressa- NI
- MIPS 01/2024


TESTING- VF may be confounded by miosis from pilo use
- OCT ON 5/2024: enlarged ONs OU; stable OU
- VF 05/2024: worse OU


TODAY
- IOP 21/22 > 15/14> 16/23 > 17/17 > 21/19
- CCM for now
- rec Durysta OU; OD first
- prev BV tube OD


- RTC n/a 2-4 wks Durysta OD first; IOP OU.


**2.  Pseudophakia OU**
   (Z96.1)

   **Plan: Treatment Regimen.**
   Other Instructions: .
   - Pseudophakia
   - Doing well; monitor
   - Use ATs chilled to improve clarity of your postop vision and wear sunglasses as needed.

**3.  Dry Eye Syndrome OU**
   (H04.123)

   **Plan: Counseling - Dry Eye.**
   Please refer to the education handout for detailed counseling.

   After counseling the patient, we decided on the following plan RUL: Artificial tears

   After counseling the patient, we decided on the following plan LUL: Artificial tears

   **Plan: Treatment Regimen.**
   Other Instructions: .
   - Artificial Tears (chilled) 2-4x/day OU
   - AT ung qhs OU
   - Warm Compresses; +/- lid scrubs for blepharitis OU.


**Follow up. Other Instructions: - RTC n/a 2-4 wks Durysta OD first; IOP OU**


**Staff:**

Amenze Angel Oriaifo, MD (Primary Provider)  (Bill Under)

Onize Musa


Electronically Signed By: Amenze Angel Oriaifo, MD, 05/14/2024 11:32 AM CDT

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**

(512) 345-4191 Main
(512) 314-1662 Fax

Texan Eye Balcones
4207 James Casey
Austin, TX 78745-4203

Page 3

Case 3:07-cv-00051-AV-HBG    Document 979-1    Filed 10/17/25    Page 6 of 23
PageID #: 9138



## Medications

**OPHTHALMIC MEDICATIONS**
Combigan 0.2-0.5% drops bid  OU
Lumigan 0.01% 1 drops qhs OU
pilocarpine HCl 2% drops BID OU

**NON OPHTHALMIC MEDICATIONS**
aspirin 81 mg Oral - tablet,delayed release (DR/EC)
fexofenadine 180 mg Oral - tablet
losartan-hydrochlorothiazide 50-12.5 mg Oral - tablet
metformin 500 mg Oral - tablet

## Ocular History
Bilateral pseudophakia
Glaucoma of right eye
Glaucoma of left eye

## Ocular Surgery
H/O: L cataract extraction: Intent
H/O: R cataract extraction: Istent
History of trabeculectomy: OD
Selective laser trabeculoplasty

## Social History

Other
Other: Reading
Single Question Alcohol Screening: 0 days
Occupation: Retired
Smoking status - Never smoker

## Allergies
amoxicillin
lisinopril
Zetia
Zocor

## Family History
Family history: Glaucoma (situation) - Mother

Family history: Cataract (situation) - Brother

## Medical History
Diabetes mellitus: Type 2 x 10 + yrs
H/O: hypertension

## Chief Complaint: Durysta OD first; IOP OU

**HPI:** This is a 75 year old female who is being seen for a chief complaint of Durysta OD first; IOP OU. Pt reports no change to VA OU. No pain or discomfort OU. Pt would like refills for her gtts

No testing, no dilation done today

## Eye Exam

### Vision

Distance Test Type: Snellen Chart        Near Test Type: Snellen        Distance Correction Type: Glasses

| | | |
|---|---|---|
| Dcc | OD | **20/25 -1** |
| | OS | **20/25 -1** |

### IOP

| | | | | |
|---|---|---|---|---|
| OD | 22 | Lecomte, Ana | 06/13/2024 10:04 AM CDT | Applanation |
| OS | 21 | Lecomte, Ana | 06/13/2024 10:04 AM CDT | Applanation |

## Exam:
An examination was performed

OD External: normal lid position, nasolacrimal and orbital exam
OD Lid Margin: quiet and normal

Slit lamp examination OD:
OD Conjunctiva: **flat bleb**

OD Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OD Anterior Chamber: **Istent nasally**

OD Iris: normal iris without rubeosis

OD Lens: **well centered PCIOL**

Ophthalmoscopic examination of optic disc OD:
OD Optic Disc: **No dilated exam performed; disregard fundus exam findings maintained from prior exam**

OS External: normal lid position, nasolacrimal and orbital exam
OS Lid Margin: quiet and normal

Slit lamp examination OS:
OS Conjunctiva: white and quiet

OS Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OS Anterior Chamber: **Istent nasally**

OS Iris: No view

OS Lens: **well centered PCIOL**

Ophthalmoscopic examination of optic disc OS:
OS Optic Disc: **No dilated exam performed; disregard fundus exam findings maintained from prior exam**

General Appearance of the patient is well nourished.

Orientation: alert and oriented x 3.

Mood and affect: no acute distress.

Additional Exam Findings: **Right eye: no diabetic retinopathy. and left eye: no diabetic retinopathy..**

## Impression/Plan:
1.  **Primary Open Angle Glaucoma (POAG) OU**
    moderate stage OS and moderate stage OD (H40.1132)

    **Plan: Counseling - POAG.**
    Please refer to the education handout for detailed counseling.
    Quality 141 (Primary Open-Angle Glaucoma Reduction of Intraocular Pressure (IOP) by 20% OR Documentation of a Plan of Care): Intraocular pressure (IOP) reduced by a value of greater than or equal to 20% from the pre-intervention level

    **Plan: Treatment Regimen Glaucoma.**
    Other Instructions: .
    - POAG
    - Tmax 24/25

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**

(512) 454-XXXX Main
(512) 314-1662 Fax

Texan Eye Balcones

Austin TX 78731-4203

Page 1



- pachy 5/2024: 548/549
- s/p SLT OS 2016, 2017
- s/p CE/istent OU 2018; BM
- s/p trab OD 2013 (encapsulated)
- Durysta OD (6/13/24; AO)
- + DM, +HTN
- on Combigan BID OU, Lumigan qhs OU, Pilo BID OU
- drop intol: dorz- irritation/sore throat; rhopressa- NI
- MIPS 01/2024


TESTING- VF may be confounded by miosis from pilo use
- OCT ON 5/2024: enlarged ONs OU; stable OU
- VF 05/2024: worse OU


TODAY
- IOP 21/22 > 15/14> 16/23 > 17/17 > 21/19 > 22/21
- Durysta OD (6/13/24; AO)
- hold lum OD; cont OS
- CCM other gtts
- prev BV tube OD


- RTC n/a 3-4 wks Durysta OS second; IOP OU.

**Plan: Durysta.**
Procedure: Intraocular Injection of Durysta


Lot number: G60102
Expiration date: 2026/03
NDC: 0023-9652-01
Location: OD.

Indication: Primary Open Angle Glaucoma (POAG) OU
Anesthesia: proparacaine gtts

Complications: none

The risks, benefits and alternatives of the procedure were discussed with the patient. The patient read and signed the consent form and verbalized full understanding. The patient was identified and timeout confirmed the correct eye for the procedure. The patient was seated in the exam chair.The patient was prepped with 10% povidone iodine solution on the skin, and a few drops of 5% povidone iodine solution were placed in the interior fornix. A lid speculum was inserted between the lids. The durysta inserter was used to enter the anterior chamber. Once in proper location, the implant was released into the anterior chamber. The wound was checked and found to be water tight.10 mcg of Durysta was given.

Post Op Medications:
No eye drops :


 The patient tolerated the procedure well. Count fingers vision was confirmed and postoperative instructions were given.


2.  **Pseudophakia OU**
    (Z96.1)

    **Plan: Treatment Regimen.**
    Other Instructions: .
    - Pseudophakia
    - Doing well; monitor
    - Use ATs chilled to improve clarity of your postop vision and wear sunglasses as needed.


3.  **Dry Eye Syndrome OU**
    (H04.123)

    **Plan: Counseling - Dry Eye.**
    Please refer to the education handout for detailed counseling.

    After counseling the patient, we decided on the following plan RUL: Artificial tears


**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
Texan Eye Company
(512) 314-1662 Fax

Texan Eye Balcones

Austin TX 78731-4203

Page 2



After counseling the patient, we decided on the following plan LUL: Artificial tears

**Plan: Treatment Regimen.**
Other Instructions: .
- Artificial Tears (chilled) 2-4x/day OU
- AT ung qhs OU
- Warm Compresses; +/- lid scrubs for blepharitis OU.

4.    **Type II Diabetes without complication**
      (E11.9)
      Associated diagnosis: Oral antidiabetic drugs

      **Plan: Counseling- Diabetes II.**
      Please refer to the education handout for detailed counseling.
      Quality 117 (Diabetes Mellitus Dilated Eye Exam): Dilated retinal eye exam with interpretation by an ophthalmologist or optometrist documented and reviewed; without evidence of retinopathy
      I discussed the following treatment options with the patient:
      Diabetic Control : The mainstay of treatment for nonproliferative diabetic retinopathy is control of systemic diabetes with control of blood sugars. This should be done by working with your primary care physician and endocrinologist.  Blood pressure control is also important.  It is well known that good blood sugar control will decrease the risk of permanent irreversible blindness.  It is also well known that poor blood sugar and blood pressure control can lead to permanent irreversible blindness even with treatment from your eye doctor.

      After counseling the patient, we decided on the following plan: Diabetic Control

**Follow up. Other Instructions: - RTC 3-4wks durysta OS, IOP OU**

**Staff:**

Amenze Angel Oriaifo, MD (Primary Provider)  (Bill Under)

Ana Lecomte

Simone White (scribe)

I, Simone White am scribing for, and in the presence of Amenze Oriaifo, MD.

Electronically Signed By: Simone White, 06/13/2024 10:55 AM CDT

I, Amenze Oriaifo, MD, personally performed the services described in the documentation as scribed by Simone White in my presence, and confirm it is both accurate and complete.

Electronically Signed By: Amenze Angel Oriaifo, MD, 06/13/2024 10:55 AM CDT

Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)

(512) 327-7979 Company
(512) 314-1662 Fax

Texan Eye Balcones

Austin TX 78731-4203

Page 3


## Medications
Reviewed and changes noted July 11, 2024.

**OPHTHALMIC MEDICATIONS**
Combigan 0.2-0.5% drops bid  OU
pilocarpine HCl 2% drops BID OU

**NON OPHTHALMIC MEDICATIONS**
aspirin 81 mg Oral - tablet,delayed release (DR/EC)
fexofenadine 180 mg Oral - tablet
losartan-hydrochlorothiazide 50-12.5 mg Oral - tablet
metformin 500 mg Oral - tablet

## Ocular History
Bilateral pseudophakia
Glaucoma of right eye
Glaucoma of left eye

## Ocular Surgery
H/O: L cataract extraction: Intent
H/O: R cataract extraction: Istent
History of trabeculectomy: OD
Selective laser trabeculoplasty

## Social History

Other
Other: Reading
Single Question Alcohol Screening: 0 days
Occupation: Retired
Smoking status - Never smoker

## Allergies
amoxicillin
lisinopril
Zetia
Zocor

## Family History
Family history: Glaucoma (situation) - Mother

Family history: Cataract (situation) - Brother

## Medical History
Diabetes mellitus: Type 2 x 10 + yrs
H/O: hypertension

## Chief Complaints:
1.   Durysta OS second; IOP OU.
2.   VA, IOP OU

## HPI: This is a 75 year old female who:
1.   is being seen for a chief complaint of Durysta OS second; IOP OU.. Pt reports stable vision. No eye pain. She needs refill for Combigan.
2.   is being seen for a chief complaint of VA, IOP OU. .

## Eye Exam
### Vision
Distance Test Type: Snellen Chart          Near Test Type: Jaeger          Distance Correction Type: Glasses

Dcc     OD     **20/30 +1**
        OS     **20/20 -2**

### IOP
| | | | | |
|---|---|---|---|---|
| OD | 17 | McNamara, Mckenzie | 07/11/2024 10:22 AM CDT | Icare tonometer |
| OS | 21 | McNamara, Mckenzie | 07/11/2024 10:22 AM CDT | Icare tonometer |

### Diagnostic Drops
| | Drops Used | Staff | Date | Notes |
|---|---|---|---|---|
| OD | Fluress | McNamara, Mckenzie | 10:18 AM CDT | |
| OS | Fluress | McNamara, Mckenzie | 10:18 AM CDT | |

## Exam:
An examination was performed

OD External: normal lid position, nasolacrimal and orbital exam

OD Lid Margin: quiet and normal

Slit lamp examination OD:
OD Conjunctiva: **flat bleb**

OD Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OD Anterior Chamber: **Durysta in inferior AC and Istent nasally**

OD Iris: normal iris without rubeosis

OD Lens: **well centered PCIOL**

Ophthalmoscopic examination of optic disc OD:
OD Optic Disc: **No dilated exam performed; disregard fundus exam findings maintained from prior exam**

OS External: normal lid position, nasolacrimal and orbital exam

OS Lid Margin: quiet and normal

Slit lamp examination OS:
OS Conjunctiva: white and quiet

OS Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OS Anterior Chamber: **Durysta in inferior AC and Istent nasally**

OS Iris: No view

OS Lens: **well centered PCIOL**

Ophthalmoscopic examination of optic disc OS:
OS Optic Disc: **No dilated exam performed; disregard fundus exam findings maintained from prior exam**

General Appearance of the patient is well nourished.

Orientation: alert and oriented x 3.

Mood and affect: no acute distress.

Additional Exam Findings: **Right eye: no diabetic retinopathy. and left eye: no diabetic retinopathy..**

## Impression/Plan:

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
(512) 327-7000 Phone
(512) 314-1662 Fax

Texan Eye Balcones

Austin TX 78731-4203

Page 1

Case 3:07-cv-00057-TAV-HBG          Document 979-1          Filed 10/17/25          Page 11 of 23
PageID #: 9142



1. **Primary Open Angle Glaucoma (POAG) OU**
   moderate stage OS and moderate stage OD (H40.1132)

   **Plan: Counseling - POAG.**
   Please refer to the education handout for detailed counseling.
   Quality 141 (Primary Open-Angle Glaucoma Reduction of Intraocular Pressure (IOP) by 20% OR Documentation of a Plan of Care): Intraocular pressure (IOP) reduced by a value of greater than or equal to 20% from the pre- intervention level

   **Plan: Treatment Regimen Glaucoma.**
   Other Instructions: .
   - POAG
   - Tmax 24/25
   - pachy 5/2024: 548/549
   - s/p SLT OS 2016, 2017
   - s/p CE/istent OU 2018; BM
   - s/p trab OD 2013 (encapsulated)
   - Durysta OD (6/13/24; AO)
   - Durysta OS (7/11/24; AO)
   - + DM, +HTN
   - on Combigan BID OU, Lumigan qhs OU, Pilo BID OU
   - drop intol: dorz- irritation/sore throat; rhopressa- NI
   - MIPS 01/2024


   TESTING- VF may be confounded by miosis from pilo use
   - OCT ON 5/2024: enlarged ONs OU; stable OU
   - VF 05/2024: worse OU


   TODAY
   - IOP 21/22 > 15/14> 16/23 > 17/17 > 21/19 > 22/21 > 17/21
   - Durysta OS (7/11/24; AO)
   - hold lum OU
   - CCM other gtts
   - prev BV tube OD


   - RTC 3-4mo photos, IOP.

   **Plan: Durysta.**
   Procedure: Intraocular Injection of Durysta


   Lot number: G60102F
   Expiration date: 2026/03
   NDC: 0023-9652-01
   Location: OS.

   Indication: Primary Open Angle Glaucoma (POAG) OU
   Anesthesia: proparacaine gtts

   Complications: none

   The risks, benefits and alternatives of the procedure were discussed with the patient. The patient read and signed the consent form and verbalized full understanding. The patient was identified and timeout confirmed the correct eye for the procedure.  The patient was seated in the exam chair.The patient was prepped with 10% povidone iodine solution on the skin, and a few drops of 5% povidone iodine solution were placed in the interior fornix. A lid speculum was inserted between the lids. The durysta inserter was used to enter the anterior chamber. Once in proper location, the implant was released into the anterior chamber. The wound was checked and found to be water tight.10 mcg of Durysta was given.

   Post Op Medications:
   No eye drops :


   The patient tolerated the procedure well. Count fingers vision was confirmed and postoperative instructions were given.


2. **Pseudophakia OU**
   (Z96.1)

Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)

Texan Eye Balcones

Page 2

(512) 327-7000 Phone

4207 James Casey St

(512) 314-1662 Fax

Austin TX 78731-4203

Case 3:07-cv-00051-TAV-HBG     Document 979-1     Filed 10/17/25     Page 11 of 23
PageID #: 9143



**Plan: Treatment Regimen.**
Other Instructions: .
- Pseudophakia
- Doing well; monitor
- Use ATs chilled to improve clarity of your postop vision and wear sunglasses as needed.

3. **Dry Eye Syndrome OU**
   (H04.123)
   **Plan: Counseling - Dry Eye.**
   Please refer to the education handout for detailed counseling.

   After counseling the patient, we decided on the following plan RUL: Artificial tears

   After counseling the patient, we decided on the following plan LUL: Artificial tears

   **Plan: Treatment Regimen.**
   Other Instructions: .
   - Artificial Tears (chilled) 2-4x/day OU
   - AT ung qhs OU
   - Warm Compresses; +/- lid scrubs for blepharitis OU.

4. **Type II Diabetes without complication**
   (E11.9)
   Associated diagnosis: Oral antidiabetic drugs

   **Plan: Counseling- Diabetes II.**
   Please refer to the education handout for detailed counseling.
   Quality 117 (Diabetes Mellitus Dilated Eye Exam): Dilated retinal eye exam with interpretation by an ophthalmologist or optometrist documented
   and reviewed; without evidence of retinopathy
   I discussed the following treatment options with the patient:
   Diabetic Control : The mainstay of treatment for nonproliferative diabetic retinopathy is control of systemic diabetes with control of blood sugars.
   This should be done by working with your primary care physician and endocrinologist.   Blood pressure control is also important.  It is well known
   that good blood sugar control will decrease the risk of permanent irreversible blindness.  It is also well known that poor blood sugar and blood
   pressure control can lead to permanent irreversible blindness even with treatment from your eye doctor.

   After counseling the patient, we decided on the following plan: Diabetic Control

**Follow up. Other Instructions: - RTC 3-4mo photos, IOP**


**Staff:**

Amenze Angel Oriaifo, MD (Primary Provider)  (Bill Under)

Mckenzie L McNamara


Electronically Signed By: Amenze Angel Oriaifo, MD, 07/11/2024 11:08 AM CDT

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**

(512) 327-7000 Phone
(512) 314-1662 Fax

Texan Eye Balcones

2700 Barton Creek
Austin TX 78731-4203

Page 3

Case 3:07-cv-00051-TAV-HBG     Document 979-1     Filed 10/17/25     Page 12 of 23
PageID #: 9144



TEXANEYE

**Visit Note - October 10, 2024**

## Medications
Reviewed July 11, 2024.

**OPHTHALMIC MEDICATIONS**
Combigan 0.2-0.5% drops bid  OU
pilocarpine HCl 2% drops BID OU

**NON OPHTHALMIC MEDICATIONS**
aspirin 81 mg Oral - tablet,delayed
release (DR/EC)
fexofenadine 180 mg Oral - tablet
losartan-hydrochlorothiazide 50-12.5
mg Oral - tablet
metformin 500 mg Oral - tablet

## Ocular History
Bilateral pseudophakia
Glaucoma of right eye
Glaucoma of left eye

## Ocular Surgery
History of left cataract extraction:
Intent
History of right cataract extraction:
Istent
History of trabeculectomy: OD
Selective laser trabeculoplasty

## Social History
Single Question Alcohol Screening: 0
days
Occupation: Retired
Other: Reading
Smoking status - Never smoker

## Allergies
amoxicillin
lisinopril
Zetia
Zocor

## Family History
Family history: Glaucoma (situation)
- Mother

Family history: Cataract (situation)
- Brother

## Medical History
Diabetes mellitus: Type 2 x 10 + yrs
H/O hypertension

## Chief Complaints:
1.   Photos, IOP

## HPI: This is a 75 year old female who:
1.   is being seen for a chief complaint of Photos, IOP. Pt sts VA is about the same. Pt is using Combigan BID OU and pilo bid OU.

## Eye Exam
### Vision
Distance Test Type: Snellen Chart   Near Test Type: Snellen   Distance Correction Type: Glasses

| Dcc | OD | 20/30 -2 |
|---|---|---|
| | OS | 20/20 |

### IOP
| | | | | | |
|---|---|---|---|---|---|
| OD | 14 | Hall, Kloe | 10/10/2024 09:48 AM CDT | Applanation Watery |
| OS | 16 | Hall, Kloe | 10/10/2024 09:48 AM CDT | Applanation Watery |

### Diagnostic Drops

| | Drops Used | Staff | Date | Notes |
|---|---|---|---|---|
| OD | Fluress | Hall, Kloe | 09:46 AM CDT | |
| OS | Fluress | Hall, Kloe | 09:46 AM CDT | |

## Exam:
An examination was performed

OD External: normal lid position, nasolacrimal and orbital exam

OD Lid Margin: quiet and normal

Slit lamp examination OD:

OD Conjunctiva: **flat bleb**

OD Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OD Anterior Chamber: **Durysta in inferior AC and Istent nasally**

OD Iris: normal iris without rubeosis

OD Lens: **well centered PCIOL**

Ophthalmoscopic examination of optic disc OD:

OD Optic Disc: **No dilated exam performed; disregard fundus exam findings maintained from prior exam**

OS External: normal lid position, nasolacrimal and orbital exam

OS Lid Margin: quiet and normal

Slit lamp examination OS:

OS Conjunctiva: white and quiet

OS Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OS Anterior Chamber: **Durysta in inferior AC and Istent nasally**

OS Iris: No view

OS Lens: **well centered PCIOL**

Ophthalmoscopic examination of optic disc OS:

OS Optic Disc: **No dilated exam performed; disregard fundus exam findings maintained from prior exam**

General Appearance of the patient is well nourished.

Orientation: alert and oriented x 3.

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
(512) 314-1662 Fax

Texan Eye Balcones

Page 1

Case 3:07-cr-00057-TAV-HBG          Document 979-1          Filed 10/17/25          Page 13 of 23
PageID #: 9145


Mood and affect: no acute distress.

<u>Additional Exam Findings</u>: **Right eye: no diabetic retinopathy. and left eye: no diabetic retinopathy..**

## Tests

**OCT, Optic Nerve**

A same-day order was placed for this diagnostic test.

Diagnostic Procedure: Optic Nerve Tomography - OU
Indication: Primary Open Angle Glaucoma (POAG) OU

Findings OD: increased cup to disc ratio
Diagnosis OD: glaucoma, open angle
Findings OS: increased cup to disc ratio
Diagnosis OS: glaucoma, open angle
Reliability: good

## Impression/Plan:

1. **Primary Open Angle Glaucoma (POAG) OU**
   moderate stage OS and moderate stage OD (H40.1132)

   **Plan: Counseling - POAG.**
   Please refer to the education handout for detailed counseling.
   Quality 141 (Primary Open-Angle Glaucoma Reduction of Intraocular Pressure (IOP) by 20% OR Documentation of a Plan of Care): Intraocular pressure (IOP) reduced by a value of greater than or equal to 20% from the pre- intervention level

   **Plan: Treatment Regimen Glaucoma.**
   Other Instructions: .
   - POAG
   - Tmax 24/25
   - pachy 5/2024: 548/549
   - s/p SLT OS 2016, 2017
   - s/p CE/istent OU 2018; BM
   - s/p trab OD 2013 (encapsulated)
   - Durysta OD (6/13/24; AO)
   - Durysta OS (7/11/24; AO)
   - + DM, +HTN
   - on Combigan BID OU, Pilo BID OU
   - drop intol: dorz- irritation/sore throat; rhopressa- NI
   - MIPS 01/2024

   TESTING- VF may be confounded by miosis from pilo use
   - OCT ON 5/2024: enlarged ONs OU; stable OU
   - VF 05/2024: worse OU
   - OCT ON 10/2024: enlarged ONs OU; stable OU

   TODAY
   - IOP 21/22 > 15/14> 16/23 > 17/17 > 21/19 > 22/21 > 17/21 > 14/16
   - Durysta OS (7/11/24; AO)
   - cont to hold lum OU
   - CCM other gtts

   - RTC 4-6mo VF, photos, EE.

2. **Pseudophakia OU**
   (Z96.1)

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
(512) 397-6690 Cell/Appt                                    3827 Balcones Dr
(512) 314-1662 Fax                                         Austin TX 78731-4203

Texan Eye Balcones

Page 2

Case 3:07-cv-00051-TAV-HBG     Document 979-1     Filed 10/17/25     Page 14 of 23
PageID #: 9146


**Plan: Treatment Regimen.**
Other Instructions: .
- Pseudophakia
- Doing well; monitor
- Use ATs chilled to improve clarity of your postop vision and wear sunglasses as needed.

3. **Dry Eye Syndrome OU**
(H04.123)

**Plan: Counseling - Dry Eye.**
Please refer to the education handout for detailed counseling.

After counseling the patient, we decided on the following plan RUL: Artificial tears

After counseling the patient, we decided on the following plan LUL: Artificial tears

**Plan: Treatment Regimen.**
Other Instructions: .
- Artificial Tears (chilled) 2-4x/day OU
- AT ung qhs OU
- Warm Compresses; +/- lid scrubs for blepharitis OU.

4. **Type II Diabetes without complication**
(E11.9)
Associated diagnosis: Oral antidiabetic drugs

**Plan: Counseling- Diabetes II.**
Please refer to the education handout for detailed counseling.
Quality 117 (Diabetes Mellitus Dilated Eye Exam): Dilated retinal eye exam with interpretation by an ophthalmologist or optometrist documented and reviewed; without evidence of retinopathy
I discussed the following treatment options with the patient:
Diabetic Control : The mainstay of treatment for nonproliferative diabetic retinopathy is control of systemic diabetes with control of blood sugars. This should be done by working with your primary care physician and endocrinologist.   Blood pressure control is also important.  It is well known that good blood sugar control will decrease the risk of permanent irreversible blindness.  It is also well known that poor blood sugar and blood pressure control can lead to permanent irreversible blindness even with treatment from your eye doctor.

After counseling the patient, we decided on the following plan: Diabetic Control

**Follow up. Other Instructions: - RTC 4-6mo VF, photos, EE**


**Staff:**

Amenze Angel Oriaifo, MD (Primary Provider)  (Bill Under)

Kloe Hall

Simone White (scribe)


I, Simone White am scribing for, and in the presence of Amenze Oriaifo, MD.

Electronically Signed By: Simone White, 10/10/2024 10:20 AM CDT

I, Amenze Oriaifo, MD, personally performed the services described in the documentation as scribed by Simone White in my presence, and confirm it is both accurate and complete.


Electronically Signed By: Amenze Angel Oriaifo, MD, 10/10/2024 10:20 AM CDT

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
(512) 327-7000 Phone
(512) 314-7662 Fax

Texan Eye Balcones
4207 James Casey St
Austin TX 78731-4203

Page 3

Case 3:07-cv-00051-TAV-HBG     Document 979-1     Filed 10/17/25     Page 15 of 23
PageID #: 9147



| | PMS ID: | Sex: | DOB: | MRN: |
|---|---|---|---|---|
| | 1597496 | Female | 10/18/1948 | 1597496 |

## Medications

**OPHTHALMIC MEDICATIONS**
brimonidine-timolol 0.2-0.5% drops
bid  OU
Combigan 0.2-0.5% drops bid  OU
pilocarpine HCl 2% drops BID OU

**NON OPHTHALMIC MEDICATIONS**
aspirin 81 mg Oral - tablet,delayed
release (DR/EC)
fexofenadine 180 mg Oral - tablet
losartan-hydrochlorothiazide 50-12.5
mg Oral - tablet
metformin 500 mg Oral - tablet

## Ocular History
Bilateral pseudophakia
Glaucoma of right eye
Glaucoma of left eye

## Ocular Surgery
History of right cataract extraction:
Istent
History of left cataract extraction:
Intent
History of trabeculectomy: OD
Selective laser trabeculoplasty

## Social History
Single Question Alcohol Screening: 0
days
Occupation: Retired
Other: Reading
Smoking status - Never smoker

## Allergies
amoxicillin
lisinopril
Zetia
Zocor

## Family History
Family history: Glaucoma (situation)
- Mother

Family history: Cataract (situation)
- Brother

## Medical History
Diabetes mellitus: Type 2 x 10 + yrs
H/O: hypertension

## Chief Complaints:
1.   Follow Up Glaucoma

## HPI: This is a 76 year old female who:
1.   is being seen for a chief complaint of follow up glaucoma, involving the left eye and right eye. Vf , photos , EE

   Pt sts no changes in Va since last visit

   Best attempt on photos

   No pain no discomfort.

## Eye Exam

### Vision

| Distance Test Type: Snellen Chart | | Near Test Type: Snellen | Distance Correction Type: Glasses | Near Correction Type: Glasses |
|---|---|---|---|---|
| Dcc | OD **20/20** | Ncc  OD **J1** | | |
| | OS **20/20** | OS **J2 -1** | | |

### Wearing
Glasses
Eyeglass:
Usage: Progressive

| Eye | Measurement | DCC | NCC |
|---|---|---|---|
| OD | **-2.50 +0.25 x 010** | **20/25 -1** | |
| | **Add: +2.50** | | |
| OS | **-1.25 +1.25 x 160** | **20/20** | |
| | **Add: +2.50** | | |

### Pupils: Normal

| | Light (mm) | Dark (mm) | Near (mm) | Size | Round | Regular | Reacts | APD | RAPD | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | | | | Normal | Round | Regular | Reacts Well | No APD | | |
| OS | | | | Normal | Round | Regular | Reacts Well | No APD | | |

### IOP

| OD | 15 | Stone, Jordyn | 03/13/2025 10:27 AM CDT | Applanation Recheck AO |
|---|---|---|---|---|
| OS | 25 | Stone, Jordyn | 03/13/2025 10:27 AM CDT | Applanation Recheck AO |

### Diagnostic Drops

| | Drops Used | Staff | Date | Notes |
|---|---|---|---|---|
| OD | Tropicamide 1%/Phenylephrine 2.5% Fluress | Stone, Jordyn | 10:24 AM CDT | |
| OS | Tropicamide 1%/Phenylephrine 2.5% Fluress | Stone, Jordyn | 10:24 AM CDT | |

Patient counseled about blurry vision and problems driving after dilation.

### Motility: Full OU

### Cover-Uncover Test:

Recorded: 03/13/2025 10:21 AM CDT

Recorded By: Jordyn Stone

| Near | Ortho Ortho |
|---|---|

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
(512) 327-7000 Phone
(512) 314-1662 Fax

Texan Eye Balcones
3705 Medical Parkway
Austin TX 78731-4203

Page 1



## MARTIN, MARGARET

**Visit Note - March 13, 2025**

| PMS ID: | Sex: | DOB: | MRN: |
|---|---|---|---|
| 1597496 | Female | 10/18/1948 | 1597496 |

| Distance | Ortho |
|---|---|
| | Ortho |

**Visual Field Test Type:** Confrontation Visual Fields

**Visual Field Test Result: Full to Confrontation OU**

## Exam:

An examination was performed

OD External: normal lid position, nasolacrimal and orbital exam

OD Lid Margin: quiet and normal

Slit lamp examination OD:

OD Conjunctiva: **flat bleb**

OD Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OD Anterior Chamber: **Istent nasally**

OD Iris: normal iris without rubeosis

OD Lens: **s/p Yag well centered PCIOL**

A dilated exam of the optic disc was performed OD.

Ophthalmoscopic examination of optic disc OD:

OD: **CD ratio 0.95**

OD Optic Disc: **Inferior nerve thinning and PPA (peripapillary atrophy)**

A dilated fundus exam was performed OD.

Ophthalmoscopic examination of retina and vessels OD:

OD Vitreous: vitreous clear without hemorrhage, cells or pigment

OD Vessels: vessels with normal contour, caliber without neovascularization

OD Macula: macula normal contour without heme, edema, drusen or exudate **no diabetic retinopathy**

OD Periphery: periphery normal appearance without retinal tears, breaks, holes or mass

OS External: normal lid position, nasolacrimal and orbital exam

OS Lid Margin: quiet and normal

Slit lamp examination OS:

OS Conjunctiva: white and quiet

OS Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OS Anterior Chamber: **Istent nasally**

OS Iris: No view

OS Lens: **s/p Yag well centered PCIOL**

A dilated exam of the optic disc was performed OS.

Ophthalmoscopic examination of optic disc OS:

OS: **CD ratio 0.85**

OS Optic Disc: **Inferior nerve thinning and PPA (peripapillary atrophy)**

A dilated fundus exam was performed OS.

Ophthalmoscopic examination of retina and vessels OS:

OS Vitreous: vitreous clear without hemorrhage, cells or pigment

OS Vessels: vessels with normal contour, caliber without neovascularization

OS Macula: macula normal contour without heme, edema, drusen or exudate **no diabetic retinopathy**

OS Periphery: periphery normal appearance without retinal tears, breaks, holes or mass

General Appearance of the patient is well nourished.

Orientation: alert and oriented x 3.

Mood and affect: no acute distress.

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**

(512) 327-7000 Phone
(512) 314-1662 Fax

Texan Eye Balcones

Amenze Oriaifo, MD
Austin TX 78731-4203

Page 2

Case 3:07-cv-00051-TAV-HBG    Document 979-1    Filed 10/17/25    Page 17 of 23    PageID #: 9149


## Tests

**OCT, Optic Nerve**

A same-day order was placed for this diagnostic test.

Diagnostic Procedure: Optic Nerve Tomography - OU
Indication: Primary Open Angle Glaucoma (POAG) OU

Findings OD: increased cup to disc ratio
Diagnosis OD: glaucoma, open angle
Findings OS: increased cup to disc ratio
Diagnosis OS: glaucoma, open angle
Reliability: good

**Automated Perimetry**

A same-day order was placed for this diagnostic test.

Diagnostic Procedure: Automated Perimetry

 Location: OU
Indication: Primary Open Angle Glaucoma (POAG) OU

Findings OD:   See treatment regimen
Diagnosis OD: glaucoma, open angle
Findings OS:   See treatment regimen
Diagnosis OS: glaucoma, open angle
Reliability - OD: good
Reliability - OS: good

## Impression/Plan:

1. **Primary Open Angle Glaucoma (POAG) OU**
   severe stage OD and moderate stage OS (H40.1113 and H40.1122)

   **Plan: Counseling - POAG.**
   Please refer to the education handout for detailed counseling.
   Quality 141 (Primary Open-Angle Glaucoma Reduction of Intraocular Pressure (IOP) by 20% OR Documentation of a Plan of Care): Intraocular pressure (IOP) reduced by a value of greater than or equal to 20% from the pre- intervention level

   **Plan: Treatment Regimen Glaucoma.**
   Other Instructions: .
   - POAG 3//2
   - Tmax 24/25
   - pachy 5/2024: 548/549
   - s/p SLT OS 2016, 2017
   - s/p CE/istent OU 2018; BM
   - s/p trab OD 2013 (encapsulated)
   - Durysta OD (6/13/24; AO)
   - Durysta OS (7/11/24; AO)
   - + DM, +HTN
   - on Combigan BID OU, Pilo BID OU
   - drop intol: dorz- irritation/sore throat; rhopressa- NI
   - MIPS 3/2025
   - Last DFE 3/2025

   TESTING- VF may be confounded by miosis from pilo use
   - OCT ON 5/2024: enlarged ONs OU; stable OU
   - VF 05/2024: worse OU
   - OCT ON 10/2024: enlarged ONs OU; stable OU
   - photos 3/2025: enlarged ONs OU; stable OU

Case 3:07-cv-00051-TAV-HBG    Document 979-1    Filed 10/17/25    Page 18 of 23
PageID #: 9150



- VF 3/2025: VFI- 56//69%; OD- central island; OS- moderately dense inferior loss; stable OD/prog OS

TODAY
- IOP 21/22 > 15/14> 16/23 > 17/17 > 21/19 > 22/21 > 17/21 > 14/16 > 15/25
- ran out of combigan and too expensive and pharmacy not filling generic without a new rx
- start brim-tim BID OU with sig line saying give GRx coupon/lowest available price
- cont to hold lum OU
- CCM other gtts


- RTC 3-4mo OCT ON, OCT Mac, IOP OU.

**2.    Pseudophakia OU**
(Z96.1)

**Plan: Treatment Regimen.**
Other Instructions: .
- Pseudophakia
- Doing well; monitor
- Use ATs chilled to improve clarity of your postop vision and wear sunglasses as needed.

**3.    Dry Eye Syndrome OU**
(H04.123)

**Plan: Counseling - Dry Eye.**
Please refer to the education handout for detailed counseling.

After counseling the patient, we decided on the following plan RUL: Artificial tears

After counseling the patient, we decided on the following plan LUL: Artificial tears

**Plan: Treatment Regimen.**
Other Instructions: .
- Artificial Tears (chilled) 2-4x/day OU
- AT ung qhs OU
- Warm Compresses; +/- lid scrubs for blepharitis OU.

**4.    Type II Diabetes without complication**
(E11.9)
Associated diagnosis: Oral antidiabetic drugs

**Plan: Counseling- Diabetes II.**
Please refer to the education handout for detailed counseling.
Quality 117 (Diabetes Mellitus Dilated Eye Exam): Dilated retinal eye exam with interpretation by an ophthalmologist or optometrist documented
and reviewed; without evidence of retinopathy
I discussed the following treatment options with the patient:
Diabetic Control : The mainstay of treatment for nonproliferative diabetic retinopathy is control of systemic diabetes with control of blood sugars.
This should be done by working with your primary care physician and endocrinologist.  Blood pressure control is also important.  It is well known
that good blood sugar control will decrease the risk of permanent irreversible blindness.  It is also well known that poor blood sugar and blood
pressure control can lead to permanent irreversible blindness even with treatment from your eye doctor.

After counseling the patient, we decided on the following plan: Diabetic Control

**Follow up. Other Instructions: - RTC 3-4mo OCT ON, OCT Mac, IOP OU**


**Staff:**

Amenze Angel Oriaifo, MD (Primary Provider)  (Bill Under)

Jordyn Stone

Simone White (scribe)

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
(512) 314-1000 Phone
(512) 314-1662 Fax

Texan Eye Balcones
4207 James Casey St
Austin TX 78731-4203

Page 4

Case 3:07-cv-00051-TAV-HBG     Document 979-1     Filed 10/17/25     Page 19 of 23
PageID #: 9151


I, Simone White am scribing for, and in the presence of Amenze Oriaifo, MD.

Electronically Signed By: Simone White, 03/13/2025 10:53 AM CDT

I, Amenze Oriaifo, MD, personally performed the services described in the documentation as scribed by Simone White in my presence, and confirm it is both accurate and complete.

Electronically Signed By: Amenze Angel Oriaifo, MD, 03/13/2025 10:53 AM CDT

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**

Texan Eye Balcones

Page 5

(512) 314-1662 Fax

Austin TX 78731-4203

Case 3:07-cr-00051-TAV-HBG    Document 979-1    Filed 10/17/25    Page 20 of 23
PageID #: 9152



## Medications

**OPHTHALMIC MEDICATIONS**
Combigan 0.2-0.5% drops bid  OU
pilocarpine HCl 2% drops BID OU

**NON OPHTHALMIC MEDICATIONS**
aspirin 81 mg Oral - tablet,delayed
release (DR/EC)
fexofenadine 180 mg Oral - tablet
losartan-hydrochlorothiazide 50-12.5
mg Oral - tablet
metformin 500 mg Oral - tablet

## Ocular History
Bilateral pseudophakia
Glaucoma of right eye
Glaucoma of left eye

## Ocular Surgery
History of left cataract extraction:
Intent
History of right cataract extraction:
Istent
History of trabeculectomy: OD
Selective laser trabeculoplasty

## Social History
Single Question Alcohol Screening: 0
days
Occupation: Retired
Other: Reading
Smoking status - Never smoker

## Allergies
amoxicillin
lisinopril
Zetia
Zocor

## Family History
Family history: Glaucoma (situation)
- Mother

Family history: Cataract (situation)
- Brother

## Medical History
Diabetes mellitus: Type 2 x 10 + yrs
H/O: hypertension

## Chief Complaints:
1.    Follow Up Glaucoma

## HPI: This is a 76 year old female who:
1.    is being seen for a chief complaint of follow up glaucoma, involving the left eye and right eye. Patient states VA OU is stable.

OCT ON, OCT Mac, GCC, IOP OU, not dilated

## Eye Exam
### Vision
Distance Test Type: Snellen Chart     Near Test Type: Snellen     Distance Correction Type: Glasses

Dcc    OD    **20/20**
        OS    **20/20 -2**

### IOP
| | | | | |
|---|---|---|---|---|
| OD | **16** | White, Simone | 06/05/2025 09:18 AM CDT | Applanation |
| OS | **15** | White, Simone | 06/05/2025 09:18 AM CDT | Applanation |

### Diagnostic Drops
| | Drops Used | Staff | Date | Notes |
|---|---|---|---|---|
| OD | Fluress | White, Simone | 09:17 AM CDT | |
| OS | Fluress | White, Simone | 09:17 AM CDT | |

## Exam:
An examination was performed

OD External: normal lid position, nasolacrimal and orbital exam

OD Lid Margin: quiet and normal

Slit lamp examination OD:

OD Conjunctiva: **flat bleb**

OD Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OD Anterior Chamber: **Istent nasally**

OD Iris: normal iris without rubeosis

OD Lens: **s/p Yag well centered PCIOL**

Ophthalmoscopic examination of optic disc OD:

OD: **CD ratio 0.95**

OD Optic Disc: **No dilated exam performed; disregard fundus exam findings maintained from prior exam , Inferior nerve thinning, and PPA (peripapillary atrophy)**

OS External: normal lid position, nasolacrimal and orbital exam

OS Lid Margin: quiet and normal

Slit lamp examination OS:

OS Conjunctiva: white and quiet

OS Cornea: **Punctate epithelial erosions and Abnormal tear break-up time**

OS Anterior Chamber: **Istent nasally**

OS Iris: No view

OS Lens: **s/p Yag well centered PCIOL**

Ophthalmoscopic examination of optic disc OS:

OS: **CD ratio 0.85**

OS Optic Disc: **No dilated exam performed; disregard fundus exam findings maintained from prior exam , Inferior nerve thinning, and PPA (peripapillary atrophy)**

General Appearance of the patient is well nourished.

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
(512) 614-0500 Phone
(512) 314-1662 Fax

Texan Eye Balcones
4207 James Casey St
Austin TX 78731-4203

Page 1

Case 3:07-cv-00051-TAV-HBG    Document 979-1    Filed 10/17/25    Page 21 of 23
PageID #: 9153


Orientation: alert and oriented x 3.

Mood and affect: no acute distress.

<u>Additional Exam Findings:</u> **Right eye: no diabetic retinopathy. and left eye: no diabetic retinopathy..**

## Tests

**OCT, Optic Nerve**

A same-day order was placed for this diagnostic test.

Diagnostic Procedure: Optic Nerve Tomography - OU
Indication: Primary Open Angle Glaucoma (POAG) OU

Findings OD: increased cup to disc ratio
Diagnosis OD: glaucoma, open angle
Findings OS: increased cup to disc ratio
Diagnosis OS: glaucoma, open angle
Reliability: good

## Impression/Plan:

1. **Primary Open Angle Glaucoma (POAG) OU**
   severe stage OD and moderate stage OS (H40.1113 and H40.1122)

   **Plan: Counseling - POAG.**
   Please refer to the education handout for detailed counseling.
   Quality 141 (Primary Open-Angle Glaucoma Reduction of Intraocular Pressure (IOP) by 20% OR Documentation of a Plan of Care): Intraocular pressure (IOP) reduced by a value of greater than or equal to 20% from the pre- intervention level

   **Plan: Treatment Regimen Glaucoma.**
   Other Instructions: .
   - POAG 3//2
   - Tmax 24/25
   - pachy 5/2024: 548/549
   - s/p SLT OS 2016, 2017
   - s/p CE/istent OU 2018; BM
   - s/p trab OD 2013 (encapsulated)
   - Durysta OD (6/13/24; AO)
   - Durysta OS (7/11/24; AO)
   - + DM, +HTN
   - on brim-tim BID OU, Pilo BID OU
   - drop intol: dorz- irritation/sore throat; rhopressa- NI; lum- $ (off since durysta)
   - MIPS 3/2025
   - Last DFE 3/2025

   TESTING- VF may be confounded by miosis from pilo use
   - photos 3/2025: enlarged ONs OU; stable OU
   - VF 3/2025: VFI- 56//69%; OD- central island; OS- moderately dense inferior loss; stable OD/prog OS
   - OCT ON 6/2025: enlarged ONs OU; stable OU
   - OCT Mac 6/2025: atrophy OU; severe GCC loss OU

   TODAY
   - IOP 21/22 > 15/14> 16/23 > 17/17 > 21/19 > 22/21 > 17/21 > 14/16 > 15/25 > 16/15
   - ran out of combigan and too expensive and pharmacy not filling generic without a new rx
   - CCM
   - 6/5/25: patient requests MD authorization for her son (incarcerated) to call clinic to discuss her medical condition with MD/staff; ok for him to call the office/clinic if she is ok with us disc using her medical information with him. She states she is ok with him calling

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
(512) 314-1662 Fax

Texan Eye Balcones

Austin TX 78731-4203

Page 2

Case 3:07-cv-00051-TAV-HBG      Document 979-1      Filed 10/17/25      Page 22 of 23
PageID #: 9154


- RTC 6mo EE, photos, pachy, MRx; print note .

**2. Pseudophakia OU**
(Z96.1)

**Plan: Treatment Regimen.**
Other Instructions: .
- Pseudophakia
- Doing well; monitor
- Use ATs chilled to improve clarity of your postop vision and wear sunglasses as needed.

**3. Dry Eye Syndrome OU**
(H04.123)

**Plan: Counseling - Dry Eye.**
Please refer to the education handout for detailed counseling.

After counseling the patient, we decided on the following plan RUL: Artificial tears

After counseling the patient, we decided on the following plan LUL: Artificial tears

**Plan: Treatment Regimen.**
Other Instructions: .
- Artificial Tears (chilled) 2-4x/day OU
- AT ung qhs OU
- Warm Compresses; +/- lid scrubs for blepharitis OU.

**4. Type II Diabetes without complication**
(E11.9)
Associated diagnosis: Oral antidiabetic drugs

**Plan: Counseling- Diabetes II.**
Please refer to the education handout for detailed counseling.
Quality 117 (Diabetes Mellitus Dilated Eye Exam): Dilated retinal eye exam with interpretation by an ophthalmologist or optometrist documented
and reviewed; without evidence of retinopathy
I discussed the following treatment options with the patient:
Diabetic Control : The mainstay of treatment for nonproliferative diabetic retinopathy is control of systemic diabetes with control of blood sugars.
This should be done by working with your primary care physician and endocrinologist.  Blood pressure control is also important.  It is well known
that good blood sugar control will decrease the risk of permanent irreversible blindness.  It is also well known that poor blood sugar and blood
pressure control can lead to permanent irreversible blindness even with treatment from your eye doctor.

After counseling the patient, we decided on the following plan: Diabetic Control

**Follow up. Other Instructions: - RTC 6mo EE, photos, pachy, MRx; print note**


**Staff:**

Amenze Angel Oriaifo, MD (Primary Provider)  (Bill Under)

Simone White (scribe)


Simone White scribing for, and in the presence of, Amenze Oriaifo, MD.


I, Amenze Oriaifo, MD, personally performed the services described in the documentation as scribed by Simone White in my presence, and I confirm the
documentation is both accurate and complete.


Electronically Signed By: Amenze Angel Oriaifo, MD, 06/05/2025 09:52 AM CDT

**Amenze Angel Oriaifo, MD (Primary Provider) (Bill Under)**
(512) 610-1150 Phone
(512) 314-1662 Fax

Texan Eye Balcones
2700 W Anderson Ln, Ste 205
Austin TX 78731-4203

Page 3