Margaret Martin

3902 Louise Lee Dr

Austin, Tx 78725

Dear Judge Varlan,

My name is Margaret Martin. I'm the mother of Johnnie E. Martin II. I'm writing this letter in support of my son being granted compassionate release. I desperately need him home.

      Johnnie's release from prison will greatly increase my quality of living. As of recently it's been at a low due to my health issues. I have diabetes and glaucoma. My diabetes has been under control as of lately, but the glaucoma is what is affecting my quality of life the most right now. The built-up pressure in my eyes caused by glaucoma has damage my optic nerve. This is the direct cause of my vision loss. To correct some of the pressure build up I have had two surgeries in my left eye and five in my right. I had recently had surgery on both of my eyes. The surgery was a new technique recently developed. It helped the vision in my left eye a little bit, but it did nothing for my right eye. My right eye is the most damage of both. Somedays are better than others but the current state of my vision has been a hinderance on so many aspects of my daily living. It has either caused a stoppage of simple task or greatly placed restrictions on them. Cooking lately has been a challenge. I no longer feel confident driving. I don't go outside at night. At night in my own house, at times I have difficulties navigating without

bumping into things. Along with my vision loss went my confidence in my abilities to do a lot of things.

My loss of vision has taken a tow on me physically and mentally. I once was a very independent woman but now I'm dependent on others for a lot of my everyday task. My most consistent caretaker was my grandson, Johnnie Martin III. He unfortunately was recently given a 5-year prison sentence. In his absence my other grandson Jeremiah Robinson has step up and has been helping me. Jeremiah will be headed off to college in August and therefore will not be around to help me as he has been. I'm happy for him but worried for myself. I will no longer have constant help once Jeremiah is gone off to college.

I have two daughters that also live in Austin TX. They however are unable to provide the same constant level of care as my grandsons were/are. My oldest daughter Sarah Martin is an international flight attendant. She is barely ever home and therefore won't be able to consistently assist me. My other daughter Consuelo Robinson has extreme medical issues. Over the past few years, she has had a heart attack and several strokes. She is in no condition to be able to assist me. I have another daughter Toinette Martin who lives in Massachusetts. She does not have the living space nor the resources to help take care of me. I have a few grandchildren, but they are not in position to take me in. Some are in college, just finished college or recently started families. They just don't have the stability or time at this stage of their lives to help take care of me. Outside of my children and grandchildren I have 4 siblings who are still living. My oldest brother Foster is 84 years old and has been battling with issues concerning his prostate and stomach. He has

been in and out of the hospital lately. My other brother Charles has heart issues due to high blood pressure and cholesterol issues. Over the past recent years, he has developed health problems concerning his arteries. He has had to have several stents place in arteries in his neck and heart. My younger sister Betty Jean has been battling Multiple Sclerosis for a very long time now. There is no question that if my siblings were in position to, they would be right by my side helping take care of me. They all however are battling their own medical issues and are not able to.

On top of me worrying about getting consistent help with my everyday living I'm also worry about the well-being of my two great grandchildren Jhanauri and Johnnie IV. They are the children of my grandson Johnnie III who as previously stated was recently sentenced to 5 years in prison. Despite my health struggles I have been taking care of them. Although their mother loves them dearly, she is just not able to care for them at the level a 4 and 5 year old needs to be. She does what she can when she can. My fear is that without me getting additional help when Jeremiah goes off to school, I won't have the ability to maintain the care for myself and that of my two great grandchildren. I was only able to get by this far through the help of my grandson Johnnie III and Jeremiah.

I have thought about all possible people in my family that may be able to assist me and for one reason or another I have come up empty handed. The only other reliable person that I know is willing and able to help me is my son Johnnie Martin II. Your Honor should you grant Johnnie compassionate release I will move up to Massachusetts to live with him. Me as well as his two grandchildren. We desperately need his assistance. Under my sons care me and his

grandchildren can rest assure that we will be taken care of. I don't want to continue to live in a state of worrying about this or that. I know should you grant my son the ability to come home to take care of me I will not have anymore worries. For I know my son will do just that. He would take care of me his mother! I'm sincerely asking and pleading that you please grant him compassionate release.

Yours truly,

*Margaret Martin*